UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-33648 |
|---|---|
| GABRIEL S. BENAVIDES | (Chapter 13) |
| JENNIFER R. BENAVIDES | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040756**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 29/ 233 | MIDDLETOWN REGIONAL HOSPITAL<br>% GARY H KAUP MIDD COMMONS CTR<br>2 MAIN ST STE 703<br>MIDDLETOWN, OH  45042 | 194.11 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/1/2010

Certificate of Service 06-33648

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

GABRIEL S. BENAVIDES
JENNIFER R. BENAVIDES
2533 BUCKINGHAM COURT
MIDDLETOWN, OH  45044

KRISTIN RADWANICK
3131 S DIXIE DR
STE 400A
MORAINE, OH  45439

(320.1n)
MIDDLETOWN EMERGENCY PHYSC
% NCO FINANCIAL SYSTEM INC
1804 WASHINGTON BLVD DEPT 500
BALTIMORE, MD  21230

(233.1)
MIDDLETOWN REGIONAL HOSPITAL
% GARY H KAUP MIDD COMMONS CTR
2 MAIN ST STE 703
MIDDLETOWN, OH  45042

(312.1n)
OSI COLLECTION SERVICES INC
BANKRUPTCY DEPARTMENT
BOX 105127
ATLANTA, GA  30348

(321.1n)
PREMIER HEALTH CARE MIDDLETOWN
% NCO FINANCIAL SYSTEMS INC
1804 WASHINGTON BLVD #500
BALTIMORE, MD  21230

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv